**AFFIRMED and Opinion Filed January 30, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00583-CR**

**QUINCEY DOMINIQUE WASHINGTON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 33694CR**

## MEMORANDUM OPINION

Before Justices Goldstein, Garcia, and Miskel
Opinion by Justice Goldstein

Appellant was indicted for the first-degree offense of aggravated robbery. Washington pled guilty to the lesser included offense of robbery and the trial court, following a sentencing hearing, assessed punishment at twelve years Texas Department of Criminal Justice's Institutional Division, with a deadly weapon finding. Washington appealed, and his appointed counsel filed a motion to withdraw and a brief under *Anders v. California* in which she stated that after thorough review, she has found no grounds for appeal with potential merit. 386 U.S. 738, 744–45 (1967). Counsel's brief and motion meet the requirements of *Anders* by presenting

a professional evaluation of the record demonstrating why there are no arguable grounds for relief. *See Stafford v. State*, 813 S.W.2d 503, 510 n.3 (Tex. Crim. App. 1991).

When an appellate court receives an *Anders* brief asserting no arguable grounds for appeal exist, we must determine that issue independently by conducting our own review of the record. *See Anders*, 386 U.S. at 744 (emphasizing court, and not appointed counsel, determines whether case is "frivolous" after full examination of proceedings); *Stafford*, 813 S.W.2d at 510–11 (quoting *Anders*). If we conclude, after conducting an independent review, that "appellate counsel has exercised professional diligence in assaying the record for error" and agree the appeal is frivolous, we should grant counsel's motion to withdraw and affirm the trial court's judgment. *Crowe v. State*, 595 S.W.3d 317, 319 (Tex. App.—Dallas 2020, no pet.) (quoting *Meza v. State*, 206 S.W.3d 684, 689 (Tex. Crim. App. 2006)).

Washington presents three issues[1] asserting the trial court did not err 1) in sentencing Washington to twelve years or 2) making the deadly weapon findings and 3) "other matters do not provide non-frivolous issues for appeal."

The brief before us meets the requirements of *Anders*. It presents a professional evaluation of the record showing why, in effect, there were no arguable

---

[1] Counsel outlines the three issues as "Arguable Ground for Review." Because we conclude counsel's issues are contentions that might arguably support the appeal, but which counsel has concluded are nonmeritorious, these issues are appropriate for an *Anders* submission. *See Smith v. Robbins*, 528 U.S. 259, 285 (2000).

–2–

grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978). Appellant was provided a complete record and advised of his rights to file a pro se response; he did not file a response. We also have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree the appeal is frivolous and without merit, and we find nothing in the record that might arguably support the appeal. We grant counsel's motion to withdraw and affirm the trial court's judgment.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
220583F.U05



# Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

QUINCEY DOMINIQUE
WASHINGTON, Appellant

No. 05-22-00583-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th Judicial
District Court, Hunt County, Texas
Trial Court Cause No. 33694CR.
Opinion delivered by Justice
Goldstein. Justices Garcia and Miskel
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 30th day of January 2024.